# FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

## 2007
- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

| Box 1. Name | Box 2. Beneficiary's Social Security Number |
|---|---|
| SARA L PUGH | [redacted] |

| Box 3. Benefits Paid in 2007 | Box 4. Benefits Repaid to SSA in 2007 | Box 5. Net Benefits for 2007 *(Box 3 minus Box 4)* |
|---|---|---|
| $16,410.00 | NONE | $16,410.00 |

### DESCRIPTION OF AMOUNT IN BOX 3

| | |
|---|---|
| Paid by check or direct deposit | $13,462.50 |
| Medicare Part B premiums deducted from your benefits | $1,122.00 |
| Benefit Payment Offset - Treasury | $1,825.50 |
| Total Additions | $16,410.00 |
| Benefits for 2007 | $16,410.00 |

### DESCRIPTION OF AMOUNT IN BOX 4

NONE

**Box 6. Voluntary Federal Income Tax Withheld**

NONE

**Box 7. Address**

SARA L PUGH
32 OLD ST RD N
NORWALK OH 44857-1623

**Box 8. Claim Number** *(Use this number if you need to contact SSA.)*

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D

Form SSA-1099-SM (1-2008)     **DO NOT RETURN THIS FORM TO SSA OR IRS**

# FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

**2008**
- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

| Box 1. Name | Box 2. Beneficiary's Social Security Number |
|---|---|
| SARA L PUGH | |

| Box 3. Benefits Paid in 2008 | Box 4. Benefits Repaid to SSA in 2008 | Box 5. Net Benefits for 2008 (Box 3 minus Box 4) |
|---|---|---|
| $17,522.00 | $729.20 | $16,792.80 |

**DESCRIPTION OF AMOUNT IN BOX 3**

| | |
|---|---:|
| Paid by check or direct deposit | $9,479.60 |
| Medicare Part B premiums deducted from your benefits | $1,156.80 |
| Benefit Payment Offset - Treasury | $6,885.60 |
| Total Additions | $17,522.00 |
| Benefits for 2008 | $17,522.00 |

**DESCRIPTION OF AMOUNT IN BOX 4**

| | |
|---|---:|
| Checks returned to SSA | $729.20 |
| Benefits Repaid to SSA in 2008 | $729.20 |

**Box 6. Voluntary Federal Income Tax Withheld**

NONE

**Box 7. Address**

SARA L PUGH
127 LAKELAND DR
SANDUSKY OH 44870-5415

**Box 8. Claim Number** *(Use this number if you need to contact SSA.)*

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D

Form **SSA-1099-SM** (1-2009)     DO NOT RETURN THIS FORM TO SSA OR IRS